**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., as trustee for LSF9 Participation Trust, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff(s), | |
| vs. | |
| WARREN M. GUEVARA, et al., | |
| Defendant(s). | |

Case No. 2:18-cv-00004-JCM-NJK

ORDER

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than January 12, 2018

IT IS SO ORDERED.

Dated: January 3, 2018

_____
Nancy J. Koppe
United States Magistrate Judge