**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., <br>     Plaintiff(s), <br> v. <br> WARREN M. GUEVARA, et al., <br>     Defendant(s). | Case No. 2:18-cv-00004-JCM-NJK <br><br> **ORDER** |

Pending before the Court is Plaintiff's motion for writ of execution. Docket No. 45. On July 7, 2023, the Clerk's Office provided notice to Plaintiff that attorney action was required on the instant motion. *See* Docket No. 46. To date, Plaintiff has failed to comply with the requirements set out by the Clerk's Office. *See* Docket. Accordingly, Plaintiff is **ORDERED** to resubmit his motion for writ of execution that complies with the Court's requirements by November 1, 2023. **Failure to comply with this order may result in the dismissal of Plaintiff's motion**.

IT IS SO ORDERED.

Dated: October 3, 2023

                                                                               Nancy J. Koppe <br>
                                                                   United States Magistrate Judge